# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALTICE USA, INC. and CSC HOLDINGS, LLC,<br><br>*Movants*,<br><br>v.<br><br>THE RECORDING INDUSTRY ASSOCIATION OF AMERICA,<br><br>*Respondent*. | Case No. 1:24-mc-00148-APM<br><br>Underlying Litigation:<br>*Warner Records Inc., et al. v. Altice USA, Inc., et al.*, Case No. 2:23-cv-00576 (E.D. Tex.)<br><br>***TRANSFER TO E.D.T.X. REQUESTED*** |

## [PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER MOTIONS TO COMPEL TO EASTERN DISTRICT OF TEXAS

Upon stipulation of the parties, Movants Altice USA, Inc. and CSC Holdings, LLC (collectively, "Altice") and Respondent the Recording Industry Association of America ("RIAA"), and for good cause shown, **IT IS ORDERED** that the Motions to Compel filed in this action are transferred to the Court that issued the subpoena to the RIAA, the Eastern District of Texas, in the action *Warner Records Inc., et al. v. Altice USA, Inc.*, et al., Case No. 2:23-cv-576 (E.D. Tex.).

**Dated:** This _____ day of _____, _____.

_____
Hon. Judge Amit P. Mehta
United States District Court Judge